UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAMIN RAD "RAY" YEGANEH,<br>Defendant. | Case No. 15-cr-00339-PJH-1<br><br>**ORDER RE MOTION TO SUPPRESS**<br>Re: Dkt. No. 68 |

In the reply brief in support of defendant's motion to suppress video and audio recordings, defendant has identified an audio recording capturing his voice that was not provided by the government: 1D426.005. Doc. no. 82. The government is ordered to file a supplemental declaration identifying the date, location, and relevant time stamp of this recording and to submit a copy of this audio file to the court by May 9, 2017.

**IT IS SO ORDERED.**

Dated: May 5, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge